

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

*LaRai Everett*
*Assistant United States Attorney*
*LaRai.Everett@usdoj.gov*

*Suite 400*
*36 S. Charles Street*
*Baltimore, MD 21201-3119*

*DIRECT: 410-209-4869*
*MAIN: 410-209-4800*
*FAX: 410-962-0717*

August 1, 2022

The Honorable Catherine C. Blake
U.S. District Court Judge
U.S. District Courthouse
101 West Lombard Street
Baltimore, MD 21201

      Re:   <u>United States v. Rigby Dukes, et al.</u>
            CCB-21-0286

Dear Judge Blake:

    I am writing to provide another update to the Court on the above referenced matter.

    Since the last update, two cases have resolved in plea agreements. The Government is continuing to work towards the resolution of the remaining cases. The Government anticipates that some of the remaining cases will resolve in the next two months, if not sooner. Given the progress towards resolution of these cases, none of the parties are requesting a scheduling order. All the parties agree that an additional 60 days to continue the case is appropriate. Furthermore, the Government will file a Consent Motion to Toll the Speedy Trial Clock.

    If you have any questions or concerns, please do not hesitate to contact me.

                          Very truly yours,

                          Erek L. Barron
                        United States Attorney

                        By:__/s/_____
                            LaRai Everett
                            Assistant United States Attorney

Filed ECF: August 1, 2022